AO 450(Rev. 5/85)Judgement in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

ROBERT FAIT        **JUDGMENT IN A CIVIL CASE**

v.        Case Number: 01 C 2771

ALBERT HUMMEL, et al.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for defendants Albert Hummel, James Lumsden, Howard Myles, FF-Pentech, L.P.,     Pentech Investors, LLC and Pentech Pharmaceuticals, Inc. and against plaintiff Robert Fait on all claims.

Michael W. Dobbins, Clerk of Court

Date: 9/3/2002

Christopher Burton, Deputy Clerk