

**MICHAEL W. DOBBINS**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**
DEC 11 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF REMOVAL OF MATERIAL FROM THE CUSTODY OF THE CLERK'S OFFICE

Rashidy, et al

v

Albert Hummel

Case No. 01-CV-2771

Judge Conlon

DEC 1 2 2003

The following item(s) were removed from the custody of the Clerk's Office pursuant to Local Rule 79.1(c).

Defendants' Trial Exhibits Volume 1 & 2

2 Large Binders of Defendants' Trial Exhibits Volume 1 & 2, doc. # 153-1 & 153-2.

\_\_\_ Plaintiff          **X** Defendant

Removed by: _Claudia Acevedo_          Date: 12/11/03

By: _Marla J. Cour_          Date: 12/11/03
Deputy Clerk

exh.rem

17

## NOTICE OF REMOVAL OF
## MATERIAL FROM THE CUSTODY
## OF THE CLERK'S OFFICE

**CONTACT SHEET:**

Mark A. Flessner (secretary)　　　　plaintiff/defendant
Name of attorney

233 South Wacker Drive
Address

Chicago, IL
City, State

(312) 876-8000
Phone number

Counsel was contacted (via phone) on ___8/20/03___ by _____Marlan J. Cowan_____
　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　Deputy Clerk